STEVEN J. BELL, ESQ. (SBN 126567)
ROSS J. PSYHOGIOS, ESQ. (SBN 293165)
**JONES CLIFFORD, LLP**
1390 Market Street, Suite 1200
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266

Attorneys for Plaintiffs,
MITCHELL OW and MARGARET BEDIMA-OW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITCHELL OW and MARGARET BEDIMA-OW,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, and DOES 1 to 20,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiffs MITCHELL OW and MARGARET BEDIMA-OW, individually and collectively, hereby allege on information and belief, the following facts in support of their claim for damages arising out of a motor vehicle incident.

## I. JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. 2671, et seq. for the motor vehicle incident caused by employees of the Federal Aviation Administration acting within the course and scope of their employment. The Federal Aviation Administration is a federal agency of defendant UNITED STATES OF AMERICA. Pursuant to 28 U.S.C. 1346(b)(1), the District Court has exclusive jurisdiction of this action.

2. Venue is proper in the United States District Court for the Northern District of



JONES CLIFFORD, LLP
Attorneys at Law

California, Oakland Division, because the events giving rise to this action occurred within the County of Alameda. See 28 U.S.C.A. §1402(b). Plaintiffs demand trial by jury.

## II. EXHAUSTION OF REMEDIES

3. Plaintiffs have satisfied the conditions precedent to filing a civil lawsuit against the UNITED STATES OF AMERICA. This action arose on June 24, 2014, out of the operations of the Federal Aviation Administration. Plaintiffs each presented a timely claim to the Federal Aviation Administration on March 30, 2016, in the amount of $36,500,000 for MITCHELL OW and $5,000,000 for MARGARET BEDIMA-OW. On November 18, 2016, the Federal Aviation Administration denied the claims. Pursuant to 28 U.S.C. §2401(b), Plaintiffs are filing suit within six months of the final denial by the Federal Aviation Administration.

## III. PARTIES

4. At all relevant times, MITCHELL OW and MARGARET BEDIMA-OW were and are citizens of the United States of America. At all relevant times, MITCHELL OW and MARGARET BEDIMA-OW are residents of the State of California. Both presently reside in the County of Alameda.

5. Defendant UNITED STATES OF AMERICA is responsible for the acts and omissions of employees of the Federal Aviation Administration acting within the course and scope of employment. See 28 U.S.C.A. §1346.

## IV. FACTUAL ALLEGATIONS

6. On or about June 24, 2014 at 11:49 a.m., Plaintiff MITCHELL OW, a firefighter with the Oakland Fire Department assigned to the Oakland International Airport Aircraft Rescue Fire Fighting group (“ARFF”), was responding to a pre-planned periodic surprise fire safety drill (“simulated red alert”) on the airport runway.

7. At said time and date, employees of the Federal Aviation Administration (“FAA”) were responsible for the movement of all aircraft, vehicles, equipment, and personnel in the Airport’s Movement Areas.

JONES CLIFFORD, LLP
Attorneys at Law

8. At said time and date, employees of the Federal Aviation Administration caused an aircraft operated as EJA 683 to enter the area of the simulated red alert.

9. Plaintiff MITCHELL OW was operating an ARFF vehicle during the simulated red alert, and was required to make an emergent and sudden maneuver to avoid collision with the aircraft, resulting in a rollover and severe personal injuries.

10. Under the facts and circumstances alleged herein, the persons responsible for the movement of aircraft and ground vehicles in the Airport's Movement Areas, if they were private persons, would be liable under California law to MITCHELL OW and MARGARET BEDIMA-OW.

## V. FIRST CAUSE OF ACTION - NEGLIGENCE

### Count One – General Negligence

11. Plaintiffs incorporate by reference each and every allegation contained in Paragraphs 6 through 10 as though fully set forth herein.

12. Employees for the Federal Aviation Administration, acting within the course and scope of employment with the Federal Aviation Administration, and Does 1 through 20, negligently operated, caused and/or directed an aircraft to enter into the area of the simulated red alert in such a manner that caused injuries to Plaintiff MITCHELL OW. Defendants were aware of the risks and dangers of allowing or directing traffic into the area of the simulated red alert. Defendants also had a duty to stop all ground traffic that would conflict with enroute ARFF vehicles responding to a designated emergency area in a simulated red alert pursuant to a Letter of Agreement between the Oakland FAA Air Traffic Control Tower, Oakland International Airport, and the Oakland Fire Department. Despite this knowledge, Defendants called the simulated red alert, and caused ground traffic to conflict with Plaintiff MITCHELL OW's ARFF vehicle enroute to the designated emergency area. In addition to allowing ground traffic to conflict with the route of Plaintiff's ARFF vehicle, Defendants failed to properly advise and caution participants of the simulated red alert, including Plaintiff MITCHELL OW, of the presence of conflicting traffic. In all respects

Jones Clifford, LLP
Attorneys at Law

Defendants controlled the operation of the simulated red alert, and did so negligently in such a manner as to cause injury to Plaintiff MITCHELL OW.

13. As a direct and legal result of the negligent act or omissions set forth above and incorporated herein by reference, Plaintiffs have suffered economic and non-economic damages for the injuries to MITCHELL OW and MARGARET BEDIMA-OW to the extent permitted by California law and as reflected in CACI 3903A, 3903C, 3903D, 3903E, 3905A, and 3920, including, but not limited to, past and future medical expenses, past and future lost earnings, lost earning capacity, loss of ability to provide household services, past and future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and loss of consortium damage, including past and future loss of love, companionship, comfort, care, assistance, protection, attention, society, and moral support.

**Count Two – Loss of Consortium**

14. Plaintiffs incorporate by reference each and every allegation contained in Paragraphs 6 through 13 as though fully set forth herein.

15. At all times mentioned, Plaintiff MARGARET BEDIMA-OW was and is the wife and legal spouse of Plaintiff MITCHELL OW.

16. That as a direct and legal result of the negligence and carelessness of Defendants, and each of them, Plaintiff has been deprived of the consortium, conjugal society, comfort, affection, companionship, moral and emotional support of her husband, and continues to be deprived thereof for an indefinite time in the future, all to her general damage.

## VI. PRAYER

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

JONES CLIFFORD, LLP
Attorneys at Law

1. For economic damages according to proof at the time of trial, to the extent permitted by California law and as reflected in CACI 3903A, 3903C, 3903D, 3903E, including, but not limited to, past and future medical expenses, past and future lost earnings, lost earning capacity, and loss of ability to provide household services;

2. For non-economic damages according to proof at the time of trial, to the extent permitted by California law and CACI 3905A and 3920, including, but not limited to, past and future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and loss of consortium damage, including past and future loss of love, companionship, comfort, care, assistance, protection, attention, society, and moral support;

3. For costs of suit herein;

4. For pre-judgment interest; and

5. For such further relief as the Court may deem proper.

Date: February __, 2017

**JONES CLIFFORD, LLP**

By:__________/s/__________________

Steven J. Bell
Ross J. Psyhogios
Attorneys for Plaintiffs Mitchell Ow and Margaret Bedima-Ow